# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Alberto Salcido Romo et al.

      Plaintiff(s)/Petitioner(s),

-vs.

Southern Copper Corp.

      Defendant(s)/Respondent(s)

CASE NO: MC-16-0035-PHX-DLR

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED ___ LODGED
RECEIVED ___ COPY
APR 11 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ P DEPUTY

NOTICE: $35.00 APPLICATION FEE REQUIRED!

I, Marco Simons, hereby apply to the Court under LRCiv 83.1(b)(2) for admission to appear and practice in this action on behalf of Petitioners Alberto Salcido Romo et al.

**City and State of Principal Residence:** Silver Spring, MD
**Firm Name:** EarthRights International
**Address:** 1612 K Street NW   **Suite:** 401
**City:** Washington   **State:** DC   **Zip:** 20006
**Firm/Business Phone:** (202) 466-5188 x103
**Firm Fax Phone:** (202) 466-5189   **E-mail Address:** marco@earthrights.org

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? | |
|---|---|---|---|
| U.S. Supreme Court | 05/24/2010 | ☑ Yes | ☐ No* |
| Washington State Supreme Court | 09/12/2002 | ☑ Yes | ☐ No* |
| California Supreme Court | 06/14/2005 | ☑ Yes | ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| n/a | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court? ☐ Yes ☑ No

Have you ever been disbarred from practice in any Court? ☐ Yes ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

4/5/2015
**Date**
Fee Receipt # PHX70616

_____
**Signature of Applicant**

(Rev. 04/12)

PRO HAC VICE APPLICATION OF MARCO SIMONS – BAR ADMISSIONS

I am admitted to practice before the following courts:

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
| --- | --- | --- |
| U.S. Supreme Court | 5/24/2010 | Yes |
| Washington State Supreme Court | 9/12/2002 | Yes |
| California Supreme Court | 6/14/2005 | Yes |
| District of Columbia Court of Appeals | 6/12/2006 | Yes |
| D.C. Circuit | 1/15/2010 | Yes |
| Fourth Circuit | 9/21/2010 | Yes |
| Ninth Circuit | 3/7/2005 | Yes |
| Eleventh Circuit | 9/26/2011 | Yes |
| Central District of California | 8/22/2005 | Yes |
| Northern District of California | 8/26/2005 | Yes |
| District of Columbia (D.D.C.) | 6/1/2015 | Yes |

# United States District & Bankruptcy Courts
## for the District of Columbia
### CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**MARCO SIMONS**

was, on the __1st__ day of __June__ A.D. __2015__ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this __5th__ day of __April__ A.D. 2016.

ANGELA D. CAESAR, CLERK

By: _____
Public Operations Administrator